1816.

In the matter of DANIEL PERKINS, a lunatic.

IN THE MAT-
TER OF
PERKINS.

An inquisition of lunacy, taken abroad, or in another state, is not suffi-
cient to authorize a sale of the lunatic's estate, for his maintenance;
but it is sufficient to warrant the issuing a new commission here, and
may, perhaps, be sufficient ground or evidence to warrant an inquisi-
tion here, on such new commission.

PETITION of *Jonathan Perkins*, stating that *Daniel*   February 8th.
*Perkins*, now of *Bridgewater*, in *Massachusetts*, had been
there duly found, by inquisition, a lunatic, and that the
petitioner had, by the competent authority in that state,
been appointed guardian of the person and estate of the lu-
natic. That the lunatic had no property, except about 70
acres of land lying in *Madison* county, in this state, and
worth about 1,000 dollars, and that the same yielded very
insufficient rents and profits; and that it was necessary, and
he, therefore, prayed, that the same might be sold for the
expense and maintenance of the lunatic.

THE CHANCELLOR. It is necessary that a commission of
lunacy issue here; the inquisition abroad was not sufficient
to authorize a sale of the real estate. (1 *Schoales & Lefroy*,
307.) The powers given by the statute (sess. 24. ch. 30.)
apply only to cases arising under the authority of this Court.
Perhaps the inquisition in *Massachusetts* may be sufficient
ground or evidence to warrant the inquisition here, accord-
ing to what was said in *Gillam's case*, (2 *Vesey, jun.* 587.)
It is, at least, sufficient to warrant the issuing a commission;
and there is no doubt, from the case *ex parte Southcote*, (*Amb.*
109.) that a commission of lunacy may issue against a per-
son resident abroad.

A commission was, accordingly, issued, and was executed
at *Albany*, and the petitioner appointed committee of the
*person and estate of the lunatic, on giving security to the    [ * 125 ]
value of the real estate in the county of *Madison*, and he
was afterwards, by an order of the Court, founded on peti-
tion and affidavit, authorized to sell the real estate, and di-
rected to invest the proceeds, &c. for the maintenance of
the lunatic.